IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERCIA          :          CRIMINAL ACTION
                                  :
              v.                  :
                                  :
STANLEY ALLSTON                   :          NO. 99-409

ORDER

AND NOW, this 20th day of September, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Stanley Allston for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) is DENIED.


                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                                      J.